In the Matter of JOHN T. COLEMAN, Appellant, v WILLIAM J. BURKE, as Senior Onondaga County Court Judge, et al., Respondents. [639 NYS2d 766] Memorandum: The appeal is without merit. The records sought by petitioner are exempt from disclosure (see, Public Officers Law § 87 [2] [a]; CPL 160.50). Present—Green, J. P., Pine, Fallon, Doerr and Boehm, JJ.

In the Matter of HASSAN NELSON, Appellant, v NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES et al., Respondents. [639 NYS2d 765] Memorandum: Petitioner has failed to demonstrate a meritorious appeal, as required by CPLR 1101 (a) and this Court's December 4, 1995 order. Present—Pine, J. P., Lawton, Fallon, Callahan and Balio, JJ.

In the Matter of NELSON ACEVEDO, Appellant, v PHILIP COOMBE, JR., as Acting Commissioner of Department of Correctional Services, Respondent. [639 NYS2d 765] Memorandum: Petitioner has failed to set forth facts demonstrating merit to the appeal (see, CPLR 1101 [a]). Present—Green, J. P., Pine, Lawton, Balio and Boehm, JJ.

In the Matter of CALVIN DALLAS, Petitioner, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, et al., Respondents. [639 NYS2d 635] Memorandum: Because petitioner failed to serve the motion papers on respondents, the motion is denied. Moreover, petitioner has not established a ground for converting this CPLR article 78 proceeding into a habeas corpus proceeding. We note that petitioner may proceed on the original papers and eight briefs (see, 22 NYCRR 1000.5 [f]), and that no filing fee is required. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.

DANIEL A. LANGSTON et al., Respondents-Appellants, v VICTOR F. REISCH et al., Appellants-Respondents. [639 NYS2d 187] Memorandum: Plaintiffs seek an order enforcing a judgment of Supreme Court, Erie County, affirmed by this Court on February 2, 1996 (224 AD2d 1042). The appropriate forum for enforcement of the judgment is Supreme Court or County Court (see, CPLR 5221 [a] [4]). Present—Denman, P. J., Lawton, Wesley, Balio and Davis, JJ.